IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CRAIG IVAN GILBERT,

    **Plaintiff,**

v.                        Case No. 1:16cv170-MW/GRJ

**STATE OF FLORIDA, et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and for failure to obey an order of this Court." The Clerk shall close the file.

**SO ORDERED on September 22, 2016.**

                                        s/Mark E. Walker  _____
                                        **United States District Judge**